UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROSEMARY WAHL AND RONALD KACZOR
o/b/o C.K., a minor,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.

Civil Action No. 14-cv-06002

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 2/9/16

/s/ Seth J. Andrews
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 2/9/16

/s/ Brandon M. Wrazen
Brandon M. Wrazen, Esq.
Peltan Law, PLLC
*Attorneys for Defendant*
1207 Delaware Avenue, Suite 466
Buffalo, NY 14209
Phone: (716) 523-7764

SO ORDERED THIS 10th DAY OF Feb 20 16

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge